

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

George Y. Lohmann, Jr.;
DOC Properties, LLC; Midland
European Waxing I, LLC; and
Midland Double Dave's Pizza, LLC,

\* From the 441st District Court
   of Midland County,
   Trial Court No. CV60338.

Vs. No. 11-24-00095-CV

\* September 11, 2025

EWC Franchise, LLC,

\* Memorandum Opinion by Williams, J.
   (Panel consists of: Bailey, C.J.,
   Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is error in the judgment below. Therefore, in accordance with this court's opinion, we reverse the trial court's default judgment against George Y. Lohmann, Jr., Midland European Waxing I, LLC, and Midland Double Dave's Pizza, LLC, and we remand that portion of the case to the trial court for further proceedings consistent with this opinion. We affirm the remainder of the trial court's judgment including the default judgment against DOC Properties, LLC. The costs incurred by reason of this appeal are taxed against the party incurring same.